UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 3 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAM R. BENAVIDES, JAMES DUFFY, § <br> FRANCO TAIBI, WILLIAM B. § <br> ALIMOVIC, EDWARD CATALANO, § <br> CELESTE EVANGELISTA, IVETTE § <br> LAMA, RICARDO S. LIDDIE, THOMAS § <br> MCMAHON, EDWARD SPANDONI, § <br> MICHAEL ULLMAN and MICHAEL § <br> DUPOUX, on Behalf of Themselves and § <br> Others Similarly Situated § <br>     Plaintiffs, § <br> § <br> vs. § <br> § <br> HOME DEPOT USA, INC., Individually § <br> and d/b/a THE HOME DEPOT § <br>     Defendant. § | CIVIL ACTION NO. H-06-0029 <br> [FLSA "Collective" Action] <br><br> Jury Trial Demanded |

## AGREED MOTION TO DISMISS PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

COME NOW, ADAM R. BENAVIDES, JAMES DUFFY, FRANCO TAIBI, WILLIAM B. ALIMOVIC, EDWARD CATALANO, CELESTE EVANGELISTA, IVETTE LAMA, RICARDO S. LIDDIE, THOMAS MCMAHON, EDWARD SPANDONI, MICHAEL ULLMAN and MICHAEL DUPOUX (collectively "Plaintiffs"), and move for dismissal of their claims in the above-styled and numbered cause, without prejudice to re-filing. All costs shall be borne by the party incurring same. Defendant does not opposing the filing of this Motion to Dismiss.

WHEREFORE, PREMISES CONSIDERED, the foregoing Plaintiffs desire to dismiss their claims against the Defendant and respectfully request that this Court grant their Motion to Dismiss Without Prejudice.

Respectfully submitted,

By: /s/ J. Ronald Vercher

J. RONALD VERCHER
State Bar # 20547300
Federal ID # 6795
LOREN KLITSAS
State Bar # 00786025
Federal ID # 16451
550 Westcott St., #570
Houston, TX 77007
(713) 862-1365 Telephone
(713) 862-1465 Facsimile

**LEAD COUNSEL FOR PLAINTIFFS**

OF COUNSEL:
KLITSAS & VERCHER, P.C.

JOHN O. TYLER, JR.
State Bar #20357700
Federal ID # 4789
MICKY N. DAS
State Bar #05402300
Federal ID #10571
2000 Bering Drive, Suite 370
Houston, Texas 77057
(713) 739-1900 Telephone
(713) 739-8347 Facsimile

**CO-COUNSEL FOR PLAINTIFFS**

OF COUNSEL:
TYLER & DAS

ALVIN L. ZIMMERMAN
State Bar # 22265000
Federal ID # 7162
3040 Post Oak Blvd., Suite 1300
Houston, TX 77056-6560
(713) 552-1234 Telephone
(713) 963-0859 Facsimile

**CO-COUNSEL FOR PLAINTIFFS**

OF COUNSEL:
ZIMMERMAN, AXELRAD, MEYER
STERN & WISE, P.C.

## CERTIFICATE OF SERVICE

I certify that on the ___ day of November 2006 a true copy of *Agreed Motion to Dismiss Plaintiffs' Claims Without Prejudice* has been served as follows:

Joel M. Cohn
Josh Waxman
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington D.C. 20036-1564
***Via U.S. First Class Mail and***
***Via Facsimile (202) 887- 4288***

OF COUNSEL:
TYLER & DAS

_____
**Micky N. Das**
State Bar #05402300
Federal ID #10571
TYLER & DAS
2000 Bering Drive, Suite 370
Houston, Texas 77057
(713) 739-1900 Telephone
(713) 739-8347 Facsimile

**CO-COUNSEL FOR PLAINTIFFS**