IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM R. BENAVIDES, JAMES DUFFY, FRANCO TAIBI, WILLIAM B. ALIMOVIC, EDWARD CATALANO, CELESTE EVANGELISTA, IVETTE LAMA, RICARDO S. LIDDIE, THOMAS MCMAHON, EDWARD SPANDONI, MICHAEL ULLMAN and MICHAEL DUPOUX, on Behalf of Themselves and Others Similarly Situated<br>　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, INC., Individually and d/b/a THE HOME DEPOT<br>　　　Defendant. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. H-06-0029<br>[FLSA "Collective" Action]<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS ORDERED that all ADAM R. BENAVIDES, JAMES DUFFY, FRANCO TAIBI, WILLIAM B. ALIMOVIC, EDWARD CATALANO, CELESTE EVANGELISTA, IVETTE LAMA, RICARDO S. LIDDIE, THOMAS MCMAHON, EDWARD SPANDONI, MICHAEL ULLMAN and MICHAEL DUPOUX (collectively "Plaintiffs") claims against Defendants are hereby dismissed without prejudice.

It is further ORDERED that all costs shall be borne by the party incurring same.

SIGNED THIS _____ day of _____, 2006.

_____
JUDGE PRESIDING