IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM BENAVIDES, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0029 |
| | § | |
| HOME DEPOT USA, INC., | § | |
|     Defendant. | § | |

## DISMISSAL ORDER

It is hereby **ORDERED** that the parties' Agreed Motion to Dismiss [Doc. # 41] is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

SIGNED at Houston, Texas this **7th** day of **November, 2006.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2006\0029DO.wpd   061107.1121